PER CURIAM.
AFFIRMED. Royal Industries, Inc. v. Birdsong, 340 So.2d 526 (Fla. 1st DCA 1976), cert. den., 351 So.2d 408 (Fla.1977); Viator v. Morgan Construction Co., 344 So.2d 657 (Fla. 1st DCA 1977), cert. den., 352 So.2d 173 (Fla.1977); Hotel and Restaurant Employees, etc. v. Lake Buena Vista Communities, Inc., 349 So.2d 1217 (Fla. 4th DCA 1977).
*593 MILLS and LARRY G. SMITH, JJ., concur.
ROBERT P. SMITH, Jr., J., specially concurs (Associate Judges, sitting by assignment pursuant to Supreme Court administrative order filed July 17, 1979).